IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.3:11 cv 3329 |
| | ) | |
| GAUTAM GUPTA, | ) | |
| JAANA MONIKA VIRTA-GUPTA, | ) | |
| GAUTAM GUPTA, M.D., LLC, | ) | |
| d/b/a THE NUTRITION CLINIC, and | ) | |
| RAKESH WAHI | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO RELEASE ASSETS

Now Comes the United States of America, by and through its attorney, James A. Lewis, United States Attorney for the Central District of Illinois, and presents this Motion to Release Assets, and in support thereof states as follows:

1. Certain assets relating to Gautam Gupta and his medical practice, Gautam Gupta, M.D., LLC, doing business as The Nutrition Clinic, have been subject to an injunction since August 30, 2011.

2. Counsel for The Nutrition Clinic has continued work on behalf of The Nutrition Clinic to assist in facilitating the sale of the business, the collection of outstanding accounts receivable, and the orderly transition of the operations to the intended buyer.

3. Counsel for The Nutrition Clinic has submitted a bill and costs to the United States, requesting payment of $5,425.00 from the enjoined assets of the business for work performed between July 12, 2011 and November 30, 2011.

4. The United States has no objection to the requested payment and asks the Court for authorization to release those funds from the corporate checking account held by JP Morgan

Chase Bank in the name of Gautam Gupta, M.D., LLC.

WHEREFORE the United States respectfully asks this Court to enter an order authorizing JP Morgan Chase Bank to release $5,425.00 to Attorney John M. Gilbert, 5010 North Second Street, Loves Park, Illinois 61111.

Dated: December 13, 2011         Respectfully submitted,

                                        JAMES A. LEWIS
                                        United States Attorney

By:  s/ Eric I. Long

                                        ERIC I. LONG
                                        Assistant United States Attorney
                                        318 South Sixth Street
                                        Springfield, IL 62701
                                        (217)492-4450

# CERTIFICATE OF SERVICE

The following persons were served with a copy of the foregoing electronically or by mailing them a copy.

        John Gilbert
        Attorney at Law
        5010 N. Second St.
        Loves Park, IL 61111
        attygilb1@aol.com

        R.C. Pottinger
        Attorney at Law
        6833 Stalter Dr.
        Rockford, IL  61108
        rcpottinger@bslbv.com


Date: 12/13/11          s/Eric I. Long
_____          _____
                                 Eric I. Long