**E-FILED**
Wednesday, 16 July, 2014  10:51:39 AM
Clerk, U.S. District Court, ILCD

Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT

for the
Central District of Illinois

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case Number:  **11-3329** |
| | ) | |
| | ) | |
| **GAUTAM GUPTA,** | ) | |
| Defendant | | |

### JUDGMENT  IN A CIVIL CASE

 **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.


 **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.


   **IT IS ORDERED AND ADJUDGED** pursuant to the Text Order entered by the Honorable Sue E. Myerscough on July 16, 2014, this case is CLOSED. -----------------------------


**Dated:**  July 16, 2014


s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court